UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAYLOR GRANT et al., | CASE NO. 3:25-cv-05339-DGE |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| STATE FARM FIRE & CASUALTY COMPANY, | |
| Defendant. | |

The Parties to this lawsuit filed a stipulated motion to dismiss on September 10, 2025, after reaching a settlement. (Dkt. No. 11.) Pursuant to the stipulation of the Parties, it is hereby ORDERED that all claims asserted by and between the parties in this action are DISMISSED WITH PREJUDICE. Each party shall bear its own attorney fees, costs, and expenses.

Dated this 11th day of September, 2025.

David G. Estudillo
United States District Judge

ORDER OF DISMISSAL - 1